United States District Court
Southern District of Texas
**ENTERED**
January 28, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARK W. COERVER, | § |
| Plaintiff, | § |
| VS. | § CIVIL ACTION NO. H-15-3140 |
| WEBIMAX LLC, | § |
| Defendant. | § |

## ORDER OF DISMISSAL

In accordance with the plaintiff's notice of dismissal, (Docket Entry No. 9), this action is dismissed without prejudice.

SIGNED on January 28, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge